ASCENSION LAW GROUP
PAMELA TSAO (SBN: 266734)
12341 Newport Ave
Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff NGOC LAM CHE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE, an individual | Case No.: 5:22-cv-05712-VKD |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| CINDY 2400 MONTEREY, LLC, a limited liability company; | [Hon. Virginia K. DeMarchi presiding] |
| Defendants. | Re: Dkt. No. 15 |

**NOTICE OF VOLUNTARY DISMISSAL
(CASE NO. 5:22-CV-05712-VKD)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff NGOC LAM CHE and Defendants CINDY 2400 MONTEREY, LLC, a limited liability company ( "Defendant"), by and through undersigned counsel, hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice.  Each party shall bear their own attorneys' fees and costs incurred herein.

SO STIPULATED.

Dated: February 15, 2023                               ASCENSION LAW GROUP, P.C.

                                                                       By: /s/ Pamela Tsao
                                                                              Pamela Tsao

                                                                       Attorneys for Plaintiff
                                                                       Ngoc Lam Che

Dated: February 15, 2023                               VAUGHAN & ASSOCIATES LAW OFFICE, APC

                                                                       By: /s/ Cris C. Vaughan
                                                                              Cris C. Vaughan

                                                                       Attorneys for Defendant
                                                                       CINDY 2400 MONTEREY, LLC, a limited liability company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NGOC LAM CHE, an individual )<br>)<br>           Plaintiff, )<br>)<br>     vs. )<br>)<br>CINDY 2400 MONTEREY, LLC, a limited )<br>liability company )<br>)<br>           Defendants. )<br> | Case No.:  5:22-cv-05712-VKD<br><br>**[PROPOSED] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. Virginia K. DeMarchi presiding] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the Defendants shall be dismissed with prejudice in the above-captioned action. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated __February 15, 2023__

Hon. Virginia K. DeMarchi
Judge, United States District Court,
Northern District of California